1 **MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2 GLENN W. PETERSON, ESQ. (SBN 126173)
RICHARD M. WATTS, JR., ESQ. (SBN 221268)
3 2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
4 Tel:      916.780.8222
Fax:     916.780.8775
5
Attorneys for Plaintiff
6 DISTINCTIVE PROPERTIES, INC.,
a California corporation
7

8                                  UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11   DISTINCTIVE PROPERTIES, INC.,                    )
     a California corporation,                        )    Case No. 2:05-CV-00554-LKK-KJM
12                                                    )
                                  Plaintiff,          )
13                                                    )
             v.                                       )
14                                                    )    **STIPULATION AND ORDER FOR**
     NAPA VALLEY PUBLISHING COMPANY, INC., a          )    **DISMISSAL OF ENTIRE ACTION**
15   Washington Corporation, and DOES 1 through       )
     10, inclusive                                    )
16                                                    )
                                  Defendants.         )
17                                                    )
                                                      )
18                                                    )
     NAPA VALLEY PUBLISHING COMPANY, INC., a          )
19   Washington Corporation, and DOES 1 through       )
     10, inclusive                                    )
20                                                    )
                                  Counterclaimant,    )
21                                                    )
             v.                                       )
22                                                    )
     DISTINCTIVE PROPERTIES, INC.,                    )
23   a California corporation,                        )
                                                      )
24                                Counterdefendant.   )
                                                      )
25

26           Pursuant to Federal Rules of Civil Procedure, Rule 41, Plaintiff and Counterdefendant

27   Distinctive Properties, Inc., a California corporation, and Defendant and Counterclaimant Napa

28   Valley Publishing Company, Inc., a Washington corporation, hereby agree to dismiss the above-



STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION

PDF created with pdfFactory trial version www.pdffactory.com

1  entitled action, with prejudice, pursuant to the terms of a settlement agreement executed between the
2  parties.  The parties agree and stipulate that the Court shall retain jurisdiction over Case No. 2:05-
3  CV-00554-LKK-KJM for the purposes of resolving any disputes that may arise in connection with
4  the settlement agreement and to enforce the terms of the settlement agreement.

**IT IS SO STIPULATED.**

DATED:  October 10, 2006                **MILLSTONE PETERSON & WATTS, LLP**
                                        *ATTORNEYS AT LAW*


                                        By:_____/s/GLENN W. PETERSON_____
                                              GLENN W. PETERSON

                                        Attorneys for Plaintiff/Counterdefendant
                                        DISTINCTIVE PROPERTIES, INC.

DATED:  October 10, 2006                **HOLME ROBERTS & OWEN LLP**


                                        By:_____/s/ ROGER R. MYERS_____
                                              ROGER R. MYERS

                                        Attorneys for Defendant/Counterclaimant
                                        NAPA VALLEY PUBLISHING COMPANY, INC.

**IT IS SO ORDERED.**

DATED:  October 12, 2006                /s/ Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Millstone Peterson & Watts, LLP
Attorneys at Law
/s/ Glenn W. Peterson

2
STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION

PDF created with pdfFactory trial version www.pdffactory.com